Matthew   L.   Phillips
Name
5438   Amapola   Street
Las   Cruces   NM   88007
Address

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 MAY -9 PM 1: 11

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Matthew   Lee   Phillips , Plaintiff
(Full Name)

v.

State   of   New Mexico
County   of   Dona   Ana , Defendant(s)
Third   Judical   District   Attorney

CASE NO. 22CV356

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1) Matthew L. Phillips , is a citizen of New   Mexico
(Plaintiff)                                                              ( State )
who presently resides at 5438   Amapola   Street
(Mailing address or place of confinement)
Las   Cruces   NM   88007 .

2) Defendant State   of   New   Mexico   County   of   Dona   Ana Third   Judical   District   Attorney is a citizen of
(Name of first defendant)
Las   Cruces   New   Mexico , and is employed as
(City, State)
District   Attorney . At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☒   No ☐   If your answer is "Yes", briefly explain:

See   Attachment   Line   Item   A, 2.

XE-2   2/78   **CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)**

3) Defendant _Timothy L. Rose_____ is a citizen of
(Name of second defendant)

_Tucumcari    New Mexico_____ , and is employed as
(City, State)

_District    Attorney_____ . At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒  No ☐    If your answer is "Yes", briefly explain:

See    Attachment    Line    Item    A, 3.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

See    Attachment    Line    Item    B, 1.

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  Right To a speedy Trial under the Federal Bill of Rights { Sixth amendments and 14 th Amendment.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

See Attachment Line Item C,1),(2)

B)(1)  Count II:  Fifth Amendment Right To A Grand Jury

(2) Supporting Facts:

See Attachment Line Item C, I(B),(2).

XE-2 2/78                                    -3-

C)(1) Count III: Violation of Castle Doctrine & Right To protect property.

(2) Supporting Facts:

See Attachment Line Item C, 1, (C), (2),

D)1) Count IV: Violation of Freedom of Information Act

(2) Supporting Facts — See Attachment C, 1, D, 1, (2)

## D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit.

Plaintiffs: _____

Defendants: _____

b) Name of court and docket number:

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

d) Issues raised: _____

XE-2   2/78                    — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☐  No ☒   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

I have not Had Time or The Means

## E.    REQUEST FOR RELIEF

1)    I believe that I am entitled to the following relief:

$20,000,000.00 For The violation of my civil Rights + pain & suffering + Divorce

+

$1,785,469.00 For The Remaining salary of 13 years of my Career at Virgin Galactic

_____     _____
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                              - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _100 N. Church Las Cruces NM 88001_ on _____ 20__.
                           (Location)                                (Date)

_____
                          (Signature)

XE-2   2/78                          - 6 -

*Civil Rights Complaint Supplement*

B,1-    <u>Nature of the Case.</u>

On 4/17/2022 as I walked outside I witnessed my vehicle being burglarized at my house on my property located at 5438 Amapola street Las Cruces NM, 88007 by 4 unknown individuals. These Individuals assaulted me and then left walking down the street. I Matt Phillips and my wife Valerie Phillips called 911 to report the Burglary and assault. These 4 individuals were later caught and identified by QTY-3 Dona Ana County Sheriffs deputy's. The Offenders Later identified as 22 year old Ivan Soto, 12 year old Eric Soto, 17 year old Yesina Arriaga, and 12 year Angel Arriaga. Lied to deputy's and investigators over the next few months. 4 months later I Matt Phillips was charged with 4 felony's, 3 counts of Child abuse and one count of Aggravated assault with a deadly weapon, solely by the 3rd judicial district attorneys office without the support, any evidence or recommendation from the Dona ana county sheriffs department investigators. The 4 offenders falsified statements to investigators, and I found out that I was cleared by the investigation and found out later that their mother pushed to have these absurd charges filed against I Matt Phillips thru other political avenues as she works for and is an employee of the State Of New Mexico. The Dona Ana County Sheriffs Department investigators had previous cleared Me of the teenagers allegations and caught the one adult and 3 teenagers lying. The Mother of the two boys ages 22 & 12 had filed so numerous complaints against the sheriffs department and the Dona Ana District attorneys office for not charging me that their she pushed to have these absurd charges filed against Matt Phillips without evidence thru other political avenues as she works for the State Of New Mexico.    days after the charges were filed, on 8/22/2020 a slanderous Las Cruces Sun News Article rumored to be pushed by this mother of the offenders defamed Matt Phillips and his character and ultimately helped lead to his termination on 9/23/2020 at Virgin Galactic whom is currently based at Spaceport America within NM which Mr Phillips as a Space operations Maintenance Controller. (To view this Slanderous article Search Google for "Matt Phillips Las Cruces Sun News" and read the article titled "Former DASO deputy allegedly points gun at children and uses racial slur".) this article was posted during the BLM riots during the summer and early fall of 2020 COVID lockdown further adding fuel to the racial fire against Law enforcement individuals pushing a racial agenda.    The Las Cruces sun news apparently failed to read the actual police report and report all facts stated on that police report identifying the offenders as one adult male and 3 teenagers of which instead reporting and calling them all innocent children and stating that I used racial slurs and annotated my name Matt Phillips, calling me an ex police officer and reporting My address of the 5400 Amapola Street Las Cruces and posted a picture of My neighbors house with the side of my driveway in the front page. I later received threats online on Facebook calling me a racist pig. Yet my wife is Hispanic, as well as the fact I have not worked in law enforcement or as a police officer in over 18 years. My wife was scared for our children's lives and she did not want them or herself to go outside alone unarmed within our own neighborhood.

I Matt Phillips was one of the longer employees at Virgin Galactic working on my 7th year serving 6.5 years at Virgin Galactic. This Termination and company withholding My vested & Earned Stock options forced I Matt Phillips into Financial Hardship and my wife Valrie to work an extra job to assist

with lost healthcare insurance and lawyer bills that ultimately lead to my divorce from my wife Valerie Phillips signed and approved by a divorce judge in March 2022.

Then on February 8th 2022 the District attorney Timothy Rose was unaware of a polygraph that Mr Phillips took and passed in September 2020 and failed to obtain all Evidence before charging Mr Phillips.

The District attorney Timothy Rose & DA's office then immediately scheduled Matt Phillips to take another polygraph in Albuquerque NM on February 10th 2022.

Timothy Rose and the District attorneys office then immediately dropped all 6 charges against Matt Phillips after reviewing the Polygraph results that Mr Phillips had passed successfully on February 10th That The Teenagers and one adult were in fact inside the bed of Mr phillips Truck Stealing tools.

Matt Phillips was the victim whom called 911 and ultimately falsely charged with gun crimes and child abuse when the QTY-4 individuals were trespassing on his property burglarizing his vehicle.   Mr Phillips's seconded amendment right to bear arms was violated, Mr Phillips's right to protect life, liberty and property was violated under the Federal Bill of rights Castle Doctrine. Mr. Phillips's Civil right to due process and the Right to Grand jury was violated, Mr. Phillips's Right to a speedy trial was violated as this incident took place 4/17/2020 was drug out over 22 months and ultimately told the word sorry and all charges dropped 2/10/2022. During that time frame Mr Phillips was unable to pass any background checks required for his career in Aviation in order to feed & take care of his family, Only to have all 6 charges dropped 2 years Later and after him passing not one but two polygraphs to help prove his innocence and him as victim only to have his lawyer and court staff state Sorry this happened to you. I Matt Phillips as well believe some New Mexico victims rights have been violated as well and currently still consulting with many lawyers.

C, 1), (2)-   <u>Matt Phillips good name and reputation within the Las Cruces community was defamed and misrepresented leading to his termination of his employment/long term career.</u>

Fact#1- on 8/22/2020 a Las Cruces Sun News Journalist Bethany Freudenthal failed to due her due diligence on the facts reported and documented under DASO report#2020-00020566 before final draft and final posting of aforesaid Slanderous defaming news article.

Fact#2-    as of today 5/9/2022 the Slanderous Article Titled "Former DASO deputy allegedly points gun at children and uses racial slur" remains on the internet accessible to the public under a Google search of "Matt Phillips" good Name when employers google search my name for security clearance investigations for Aviation Careers I apply for.

Fact#3-    on 2/08/2022 the Charging District Attorney Timothy Rose stated to Matt Phillips Attorney Jeff Lahann that he was un-aware of the previous polygraph examination that Mr. phillips passed in September 2020 and unaware that he was cleared by Dona Ana county Sheriffs Department Investigators prior to him charging Mr. Phillips with felony's in August 2020.

Fact#4-    on 8/22/2020 A Slanderous Defaming News Article was printed and posted to social media by the Las Cruces Sun News posting Matt Phillips Name and Block Address and picture of his neighbors house.

Fact#5-     on or before 8/22/2020 at No time was Matt Phillips contacted or attempted to be contacted, interviewed or asked any questions on the subject matter about the incident on the night of 4/17/2020 by the Las Cruces Sun News or the Journalist Bethany Freudenthal.

Fact#6     The News Article states and calls the offenders "Innocent Children".

Fact#7     The offender#1 whom was stealing tools whom then after he was caught assaulted me was Named Ivan Soto age 22 an adult at the date of the incident not a child. Reference DASO police report#2020-00020566

Fact#8     the offender#2 whom was stealing tools yelled and cussed at me once they were caught was named Yesina Arriaga age 17 whom later Turned 18 that November after the incident Not considered a child. Reference DASO police report#2020-00020566

Fact#9     the offender#3 whom was stealing tools and later stepped up and showed aggressive force to my person was named Angel Arriaga age 12 whom later Turned 13 that November after the incident Not considered a child but a teenager. Reference DASO police report#2020-00020566

Fact#9     the offender#4 whom was also stealing tools named Angel Arriaga age 12 whom later Turned 13 that November after the incident Not considered a child but a teenager. Reference DASO police report#2020-00020566

Fact#10     the all 4 offenders were not innocent as I witnessed them inside the vehicle parked on my property. Reference DASO police report#2020-00020566

Fact#11     I matt Phillips passed not One but two Polygraphs admistered by certified Law enforcement professionals that the Teenagers and one adult were in fact burglarizing my vehicle. Reference Polygraph reports under 3rd Judicial District Court No. D-307-CR-202000554 court records.

Fact#12     Matt Phillips was terminated from his long career and retirement stock options kept by the company Virgin Galactic after said Supervisors and PR staff and HR staff read the las cruces sun news Article, and stated on recording they did not read the police reports but they are terminating me as it was " not in company Brand Values to point a weapon/gun at innocent Children" Reference Matt Phillips Iphone audio recording file of that very meeting dated 9/23/2020 (available on request) with HR staff and Virgin Galactic Supervisors containing their Voices stating those very quoted comments.

Fact#13, the article on 8/22/2020 states " Matt Phillips said he thought his belongings were being burglarized" yet the police reports and Police dash cam video state and display I stated I saw them stealing my belongings and that is why I went back into the house to get the gun and flashlight. Refer to DASO police report# 2020-00020566 and applicable audio and Dash Cam Videos filed under that report number.

Fact#14     The 3/22/2020 Article states "He said he **claimed** to have seen a couple of guys shining flashlights into his truck."     This verbiage is bias and unfair and paints me as the untrustworthy individual which does not state the fact I stated I saw them in the bed of the truck of which I now have two polygraphs to prove that fact and the fact that Investigators caught the teenagers and one adult story's to have contradictions and lies. Refer to DASO police report# 2020-00020566 and 3rd Judicial District Court No. D-307-CR-202000554 court records.

Fact#15 at the end of the article the Journalist stated "Eventually the **Children** ran away" Fact they were not children their ages are 22, 17, 12 & 12 as per DASO police report# 2020-00020566.

Fact#16-    on 9/01/2020    Matt Phillips Takes and passes a Polygraph with questions that he did not commit these alleged crimes and that he witnessed the Adult and 3 teenagers were in fact inside the vehicle stealing tools. Exam admistered with Southwest Polygraph, examiner (Gonzalo Chavarria) at 1310 Montana El Paso Texas.

Fact#17    on 2/10/2022    Matt Phillips takes a second polygraph and passed at the direction of the charging District Attorney In Albuquerque State Board verifying that the one adult and 3 teenagers were in fact inside the bed of the truck stealing tools. Not Innocent children as stated by the 8/22/2020 Las Cruces Sun news Article.

Fact#18-    Dona ana county Sheriffs Department supervisors and Investigators informed the District attorneys office that Matt phillips did not commit the alleged crimes and the 4 offenders made false statements to investigators.    Reference emails and communications between DASO and the 3rd judicial district attorneys office.

Fact#19-    on 2/10/2022    District Attorney Timothy Rose    Files a **NOLLE PROSEQUI** to drop all 6 charges against Matt Phillips. with the Annotation on the document "As it is in the best interest of Justice after reviewing new evidence."

Fact#20    as of Today 5/9/2020 Las Cruces Sun News and/or Journalist Bethany Freudenthal has not redacted nor updated current    and/or posted any further news article, or apology about the reporting of false facts and defaming statements made about Matt phillips character or affects to his career or Divorce.

Fact#21-    Divorce paperwork signed and dated 3/18/2022 between Matt Phillips and his wife Valerie Phillips over Financial Hardships and loss of his career related to this News Articled posted on 8/22/2020 directly affected his character, life and future and forced his wife Valerie Phillips to take on a second job to pay bills causing the detrimental decline of her mental stability and directly affected his and her family.

Fact#22-    as per 418 U.S. 323 (1974) Gertz Vs. Robert Welch Inc. Supreme Court of the United States a News/or Media Company Must due its Due Diligence on reporting the facts in relation to Slander and or Defamation.

Fact#23 The Slanderous article contained my name Matt Phillips and called me an ex-sheriffs deputy with no mention of my current career in order to paint myself as the badguy, they failed to report any past previous careers that display good character. See subfacts listed below supporting this fact

- To read the Article search Google for    "Matt Phillips Las Cruces Sun News" titled "Former DASO deputy allegedly points gun at children and uses racial slur"
- I Matt Phillips has not been a acting Law enforcement officer in over 18 years, the last year worked as a Sheriffs Deputy was in July 2004.
- Mr. Phillips worked for Virgin Galactic as a Spaceship Mechanic, then promoted to Maintenance Planner, Then promoted to Lead Maintenance Controller at Spaceport America of which he was A Controller before that Article was posted

on 8/22/2020. I worked for Virgin Galactic From 2014-2020 until my termination in relation to that article.

- Mr. Phillips worked under the U.S. Customs and Border Protection Air and Marine Unit in Deming NM, as Aircraft maintenance from 2011-2014
- Mr. Phillips worked for the Counter Narcotic Global Support located in Kabul Afghanistan, training soldiers on Aircraft and as a fire arms instructor on the use as a Door gunner. From 2010-2011.
- Mr. Phillips worked for Ominflight Medevac Helicopters in Las Cruces NM as a helicopter mechanic, from 2008-2010
- Mr. Phillips worked Threat systems Management Office Russian Helicopter division (Afghanistan Pilot training program) FT. Bliss El Paso TX as a Crew engineer flight instructor from 2006-2008
- Mr. Phillips attended Eastern New Mexico University as a student from 2004-2006 for an Aviation Degree.
- Mr. Phillips worked for the Dona and Country Sheriffs Department, Patrol and Special Response Team member from 2002-2004. Of which the Las Cruces Sun News Only referenced this job 18 years from 18 years previously for their Racial Agenda against police officers as the same as CNN and all Major News corporations during the summer of 2020 BLM riots, only in order to get more ratings and publicity to help their lack of story's/and poor News Reporting Talents,